UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JAMES JOSEPH CONNORS,

Plaintiff,

v.

JOSEPH NOCELLA, JR., in his official capacity as U.S. Attorney for Eastern District of New York; PAM BONDI, in her official capacity as Attorney General of the United States; JOSEPH B. EDLOW, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS); KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; and THOMAS CIOPPA, in his capacity as New York District Director for United States Citizenship and Immigration Services (USCIS),

Defendants.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 25-cv-6602

(Locke, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Smithtown, New York
March 4, 2026

JUDITH GARCIA ATTORNEY AT LAW
*Attorneys for Plaintiff*
732 Smithtown Bypass, Suite A-55
Smithtown, New York 11787

By: ______________________
Judith C. Garcia
(631) 864-2443
judith.garcia@jgarciaesq.com

Dated: Brooklyn, New York
March 4, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: *Nicole M. Zito*
Nicole M. Zito
Assistant U.S. Attorney
(718) 254-6008
nicole.zito@usdoj.gov